**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 5, 2015

Hon. Felipe Garcia Jr.
The Garcia-Williams Law Firm
201 E. University Drive
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Ricardo Guerra
2211 Rayford Rd., Ste. 111 #134
Spring, TX 77386
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00711-CV
Tr.Ct.No. C-1553-11-H
Style:    Doug Gengenbach v. Jesus Rodriguez and Willacy County Coop

Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court.  The time has been extended to Wednesday, July 08, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

DER:ch